# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and fifteen.

Before:      Reena Raggi,
                *Circuit Judge*.

_____

Protostorm, LLC, Peter Faulisi,

     *Plaintiffs-Appellees-Cross-Appellants,*

     v.

Antonelli, Terry, Stout & Kraus, LLP, Carl I. Brundidge,

Frederick D. Bailey,

     *Defendants-Third-Party-Plaintiffs-*
     *Appellants-Cross-Appellees,*

Alan E. Schiavelli,

     *Defendants-Third-Party-Plaintiff-Appellee.*

**ORDER**
Docket Number: 15-2084
              15-2128(CON)
              15-2154(CON)
              15-2199(XAP)

_____

Defendant-Appellants move to consolidate their briefing deadlines and file a single joint appendix. It is hereby ORDERED that the motion is GRANTED. The opening briefs of Antonelli, Terry, Stout & Kraus, LLP; Carl I. Brundidge; and Frederick D. Bailey must be submitted by November 10, 2015.

                                                                            FOR THE COURT:
                                                                            Catherine O'Hagan Wolfe, Clerk

