# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand and fifteen.

Before:      Ralph K. Winter,
                  *Circuit Judge.*

| | |
|---|---|
| Protostorm, LLC, Peter Faulisi, | **ORDER** |
| | Docket Nos. 15-2084(L) |
| Plaintiffs - Appellees-Cross-Appellants, | 15-2128(Con) |
| | 15-2154(Con) |
| v. | 15-3410(Con) |
| | 15-2199(XAP) |
| Antonelli, Terry, Stout & Kraus, LLP, Carl I. Brundidge, Frederick D. Bailey, | |
| Defendants-Third-Party-Plaintiffs - Appellants-Cross-Appellees, | |
| Alan E. Schiavelli, | |
| Defendants-Third-Party-Plaintiff- Appellee. | |

Appellants-Cross-Appellees move to extend the briefing deadline for the opening briefs by 14 days.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants-Cross-Appellees' opening briefs are due November 24, 2015. However, no further extensions will be granted, and none should be sought. The appeal is dismissed effective November 24, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  For The Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

